UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMOND SNOWDEN,<br><br>    Defendant.<br>_____/ | Case No. 1: 16-CR-00031-DAD-BAM<br><br>**ORDER TO ATTORNEY QUINLAN TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

    This Court conducted a regularly set status conference in the above referenced matter on June 13, 2016 at 1:00 p.m. Counsel for defendant Raymond Snowden, Attorney Scott Quinlan, failed to appear at the status conference.

    Attorney Quinlan SHALL show cause in writing no later than June 20, 2016 why sanctions should not be imposed for failure to appear and failure to comply with Court orders. Local Rule 110. IT IS SO ORDERED.

Dated: __**June 13, 2016**__            /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE