UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND SNOWDEN,<br><br>　　　　Defendant. | Case No. 1:16-CR-00031-DAD-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**Doc. 11** |

　　　　On June 13, 2016, the Court conducted a regularly set status conference in the above referenced matter. Counsel for Defendant Raymond Snowden failed to appear at the status conference, and the Court was forced to request, with Defendant's agreement, the assistance of other counsel to conduct the conference. Following the conference, the Court issued an order directing defense counsel to show cause why sanctions should not be imposed for failure to appear. Doc. 11.

　　　　On June 14, 2016, W. Scott Quinlan, counsel for Defendant Snowden, filed a written response to the Court's order to show cause. Doc. 12. According to the response, Mr. Quinlan mistakenly crossed out the status conference date on his calendar when rescheduling another matter in another case. Despite noting the mistake, Mr. Quinlan forgot to correct his calendar. Although Mr. Quinlan received a courtesy call from the Court's Clerk after the time set for the

conference, he believed that he was not appropriately dressed for Court and asked that someone appear on his behalf.  Mr. Quinlan reports that this is the first time that he can recall ever having completely missed a court date in the approximate 34 years he has been practicing law.  Mr. Quinlan has apologized to counsel for the United States of America and apologizes to the Court for his failure to appear.  Doc. 12.

Having considered Mr. Quinlan's response, the Court's Order to Show Cause issued on June 13, 2016, is HEREBY DISCHARGED and no sanctions will be imposed.

IT IS SO ORDERED.

Dated:  **June 14, 2016**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE