PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00031 DAD |
| Plaintiff, | AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE AND SET MOTION SCHEDULE; ORDER |
| v. | |
| RAYMOND SNOWDEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and W. Scott Quinlan, attorney for the defendant, that the status conference set for June 27, 2016 be continued to September 12, 2016 at 1:00 p.m.  The parties further request that a motion schedule be set with defendant's motion due on July 22, 2016, the government's response due on August 5, 2016, any defense reply due on August 12, 2016, and a hearing on the matter on August 19, 2016 at 10:00 a.m.  The reason for the request is that the parties have conferred, defendant is going to file a dispositive motion, and the parties agree to the timeline set forth herein.

///

///

///

///

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §§ 3161(h)(1)(d) and (7)(A).

Dated: June 23, 2016                              Respectfully submitted,

                                                  PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                          By      /s/ Kimberly A. Sanchez
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant U.S. Attorney

Dated: June 23, 2016                              /s/ W. Scott Quinlan
                                                  W. SCOTT QUINLAN
                                                  Attorney for Defendant

ORDER

IT IS SO ORDERED THAT the 3rd Status Conference is continued from June 27, 2016 to September 12, 2016 at 1:00PM before Judge McAuliffe.  IT IS FURTHER ORDERED that a motion schedule be set with defendant's motion due on July 22, 2016, the government's response due on August 5, 2016, any defense reply due on August 12, 2016, and a hearing on the matter on August 22, 2016 at 10:00 a.m. before Judge Drozd. (Note: the date change.) Time excluded from June 27, 2016 thru September 12, 2016 pursuant to 18 U.S.C. §§ 3161(h)(1)(d) and (7)(A).

IT IS SO ORDERED.

Dated:   **June 23, 2016**                        /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE