1  W. SCOTT QUINLAN, 101269
   Attorney at Law
2  2333 Merced Street
   Fresno, Ca 93721
3  Telephone: (559) 442-0634
   Facsimile: (559) 233-6947
4

5  Attorney for Defendant RAYMOND SNOWDEN

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No.  1:16-CR-00031-DAD-BAM
12 |           Plaintiff,             |
   |                                  | **STIPULATION AND ORDER TO SEAL**
13 |      v.                          | **DOCKET DOCUMENT (ECF) 18**
14 | RAYMOND SNOWDEN,                 |
15 |           Defendant.             |

19     It is hereby stipulated by and between the undersigned counsel and the United States

20 Attorney by and through Kimberly A. Sanchez, Assistant United States Attorney, that ECF

21 document 18, the Declaration of W. Scott Quinlan in Support of Motion to Dismiss the

22 Indictment for Selective Enforcement in Violation of the Fifth and Fourteenth Amendment and to

23 Suppress Evidence for Violation of the Fourth Amendment, with attachments, filed in this Court

24 by defense counsel on July 1, 2016 be sealed.

25     There is good cause for this Order requiring that document be sealed as in attachment 3 to

26 that document is a transcription of police officer bodycam audios wherein the birthdates of

27 suspects Mosley and Harris are set forth and wherein suspect Mosley's girlfriend's phone number

28 is set forth.  In addition, defendant's home address is set forth in the police report in attachment 2

to that declaration. These matters were inadvertently not redacted by the defense. In order to prohibit disclosure to the public of that information the parties agree that those attachments and the declaration of defense counsel to which they are attached, filed as ECF 18, should be sealed.

Dated: July 22, 2016         /s/ W. Scott Quinlan
                             W. SCOTT QUINLAN, Attorney for
                             Defendant, RAYMOND SNOWDEN


Dated: July 22, 2016         /s/ Kimberly A. Sanchez
                             KIMBERLY A. SANCHEZ
                             Assistant United States Attorney

**ORDER**

GOOD CAUSE appearing therefor, it is hereby ORDERED that ECF 18 filed in the above action, the Declaration of W. Scott Quinlan with attachments, shall be sealed until further order of this Court.

IT IS SO ORDERED.

Dated:   **July 22, 2016**         _____
                                   UNITED STATES DISTRICT JUDGE

2