1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:16-CR-00031-DAD-BAM
12 |                     Plaintiff,   | STIPULATION AND ORDER TO CONTINUE
   |                                  | EVIDENTIARY HEARING ON DEFENDANT'S
13 |              v.                  | MOTION TO DISMISS AND MOTION TO
   |                                  | SUPPRESS
14 | RAYMOND SNOWDEN,                 |
15 |                     Defendant.   |

16

17      IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney

18 and Kimberly A. Sanchez, Assistant U.S. Attorney and W. Scott Quinlan, attorney for the defendant, that an

19 evidentiary hearing on Defendant's Motion to Dismiss and Motion to Suppress scheduled for September 7,

20 2016 at 1:30 pm before the Honorable Dale A. Drozd, U.S. District Judge be continued to September 8, 2016

21 at 1:30 p.m. The reason for the request is because one of the witnesses was informed yesterday that a portion

22 of a promotional exam will be administered on September 7, 2016, and that it cannot be rescheduled. The

23 witness is coming from approximately 3-4 hours away, and would not be able to make it in time for the

24 originally scheduled hearing.

25 ///

26 ///

27 ///

28 ///

                                               1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: August 30, 2016                                    Respectfully submitted,

                                             PHILLIP A. TALBERT
                                             Acting United States Attorney

                                     By   /s/ Kimberly A. Sanchez
                                             KIMBERLY A. SANCHEZ
                                             Assistant U.S. Attorney

Dated: August 30, 2016                                    /s/ W. Scott Quinlan
                                                 W. SCOTT QUINLAN
                                             Attorney for Defendant

### **ORDER**

For the reasons set forth above and good cause having been shown, the evidentiary hearing on defendant's motion to dismiss and motion to suppress previously scheduled for September 7, 2016, is continued to **September 8, 2016 at 1:30 p.m.** in Courtroom 5 before District Judge Dale A. Drozd. The court finds that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial and time shall be excluded in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **August 30, 2016**                                    _____
                                                                  UNITED STATES DISTRICT JUDGE