Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for RAYMOND SNOWDEN

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES, ) | Case No. 1:16-cr-00031 DAD-BAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING HEARING** |
| vs. ) | |
| ) | Date: January 9, 2019 |
| RAYMOND SNOWDEN, ) | Time: 10:00 a.m. |
| ) | Judge Dale A. Drozd |
| Defendant. ) | |

    Each party by and through their respective counsel stipulate and agree to continue the sentencing hearing currently set for December 3, 2018, at 10:00 a.m., to **January 9, at 10:00 a.m**., to allow the defendant additional time to investigate and respond to the U.S. Probation's Sentencing Memorandum received by counsel November 27, 2018, and reviewed with the defendant November 29, 2018. Defendant Snowden also has pending state charges.

    Defendant Snowden agrees that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time

1

set forth herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(7)(B)(i).

**SO STIPULATED.**

Dated: November 30, 2018

    /s/ Carolyn D. Phillips
    Carolyn D. Phillips
    Attorney for Defendant
    RAYMOND SNOWDEN

Dated: November 30, 2018    McGREGOR W. SCOTT
    United States Attorney

    By: /s/ Kimberly Sanchez
    Assistant U.S. Attorney
    Attorneys for Plaintiff
    United States of America

## **ORDER**

**IT IS SO ORDERED.** The status hearing currently set for December 3, 2018 shall be continued to **January 9, 2019 at 10:00 a.m.** Time to be excluded through January 9, 2019 pursuant to 18 USC §3161(n)(7)(B)(i).

IT IS SO ORDERED.

Dated: **November 30, 2018**        /s/ Dale A. Drozd
                                           UNITED STATES DISTRICT JUDGE