Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for RAYMOND SNOWDEN

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 1:16-cr-00031 DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| vs. | ) | |
| | ) | Date: February 11, 2019 |
| RAYMOND SNOWDEN, | ) | Time: 10:00 a.m. |
| | ) | Judge Dale A. Drozd |
| Defendant. | ) | |

Each party by and through their respective counsel stipulate and agree to continue the sentencing hearing currently set for January 9, 2019, at 10:00 a.m., to **February 11, 2019, at 10:00 a.m**., to allow defendant's pending state charges to be resolved. A hearing on these charges is set for pretrial January 16, 2019. It is defendant's expectation that these charges will be resolved on that date.

The parties stipulate that the sentencing hearing be continued to allow the pending state charges to be resolved.

1

**SO STIPULATED.**

Dated: January 4, 2019

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
RAYMOND SNOWDEN

Dated: January 4, 2019 McGREGOR W. SCOTT
United States Attorney

By: /s/ Kimberly Sanchez
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

## ORDER

The dispositional hearing currently set for January 9, 2019 shall be continued to **February 11, 2019 at 10:00 a.m.**

IT IS SO ORDERED.

Dated: **January 6, 2019**

UNITED STATES DISTRICT JUDGE

2